UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ENEX A. CLARK,

        Plaintiff,

   v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

Case No. 5:14-cv-02197-EJD

**ORDER TO SHOW CAUSE**

On May 13, 2014, Plaintiff Enex A. Clark ("Plaintiff") filed a Complaint for Judicial Review of Decision of Commissioner of Social Security. See Docket Item No. 1. On that same date, the court issued a Social Security Procedural Order which, inter alia, required Plaintiff to file and serve a Motion for Summary Judgment within 28 days of service of Defendant's Answer pursuant to Civil Local Rule 16-5. See Docket Item No. 3.

Defendant thereafter filed and served his Answer to the Complaint on September 9, 2014. See Docket Item No. 10. Plaintiff, however, did not file a serve a Motion for Summary Judgment as directed.

Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute. If Plaintiff does not, by **September 9, 2015**, demonstrate good cause in writing why this case should not be dismissed, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b). No hearing will be held on the order to show cause unless otherwise ordered by the court.

**IT IS SO ORDERED.**

Dated: August 26, 2015

_____
EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:14-cv-02197-EJD
ORDER TO SHOW CAUSE