UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ENEX A. CLARK,<br><br>   Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No. 5:14-cv-02197-EJD<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

On August 26, 2015, the court issued an order requiring Plaintiff Enex A. Clark ("Plaintiff") to show cause why this case should not be dismissed for failure prosecute after Plaintiff failed to file a motion for summary judgment. See Docket Item No. 14. On September 9, 2015, Plaintiff filed a return which satisfactorily explains her failure to comply with the scheduling order. Accordingly, the court finds Plaintiffs has demonstrated sufficient good cause and that dismissal of this action is unwarranted.

Plaintiff shall serve and file a motion for summary judgment on or before **October 16, 2015**. Defendant shall thereafter serve and file an opposition and cross-motion within 28 days of service of Plaintiff's motion. Plaintiff may serve and file a reply within 14 days of service of Defendant's opposition and cross-motion. Plaintiff is notified that failure to file a motion for summary judgment by the date ordered herein may result in the dismissal of this action for failure to prosecute without further notice.

**IT IS SO ORDERED.**

Dated: September 16, 2015

              EDWARD J. DAVILA
              United States District Judge